No. 909. INTERNATIONAL SHOE Co. *v.* RUBINS ET AL. May 27, 1935. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. *Mr. Robert G. Dreffein* for petitioner. *Mr. A. Martin Curtis* for respondents.

No. 912. DANCIGER OIL & REFINING Co. ET AL. *v.* BURROUGHS. May 27, 1935. Petition for writ of certiorari to the Circuit Court of Appeals for the Tenth Circuit denied. *Messrs. George M. Nicholson* and *Thomas H. Owen* for petitioners. *Mr. Howard B. Hopps* for respondent.

No. 913. WYNEKOOP *v.* ILLINOIS. May 27, 1935. Petition for writ of certiorari to the Supreme Court of Illinois denied. *Messrs. Everett Jennings* and *Edward M. Keating* for petitioner. *Mr. M. S. Winning* for respondent.

No. 915. PAPE *v.* ST. LUCIE INLET DISTRICT & PORT AUTHORITY ET AL. May 27, 1935. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Mr. Giles J. Patterson* for petitioner. *Messrs. D. C. Hull, Erskine W. Landis, T. P. Whitehair,* and *T. T. Oughterson* for respondents.

No. 919. CHICAGO, ROCK ISLAND & GULF RAILWAY Co. *v.* FREDERICK. May 27, 1935. Petition for writ of certiorari to the Court of Civil Appeals, 7th Supreme Judicial District, of Texas, denied. *Messrs. Ben H. Stone, M. L. Bell, W. F. Dickinson, J. O. Gulcke,* and *R. A. Stone* for petitioner. *Mr. Herbert K. Hyde* for respondent.